**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.124.215.14**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Port Washington, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/15/2019 17:48:10 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 12/10/2018 17:58:48 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 03/26/2018 02:16:14 | 2603421EF6EDDFD5C5EFB8F5BB79768698787247 | Your Luckiest Night |
| 03/25/2018 23:58:12 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

ENY166