**Copyrights-In-Suit for IP Address 69.124.215.14**

**ISP:** Optimum Online High Speed Internet Service
**Location:** Port Washington, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 06/15/2019 |
| Sexy Surfing Lessons | PA0002144405 | 10/11/2018 | 11/27/2018 | 12/10/2018 |
| Your Luckiest Night | PA0002097537 | 12/15/2017 | 01/03/2018 | 03/26/2018 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 03/25/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  4**

EXHIBIT B

ENY166