**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 2:19-cv-04337-DRH-SIL
                                    Plaintiff,                   :
                                                                 :   Judge Denis R. Hurley
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
69.124.215.14,                                                   :
                                                                 :
                                    Defendant.                   :
-----------------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Pelissier in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Optimum Online High Speed Internet Service, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Respectfully submitted,

By:   /s/ *Kevin T. Conway*
      Kevin T. Conway, Esq. (KC-3347)
      80 Red Schoolhouse Road, Suite 110
      Spring Valley, New York 10977
      T: 845-352-0206
      F: 845-352-0481
      E-mail: ktcmalibu@gmail.com
      *Attorney for Plaintiff*